```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 13-02232-RNO
Patricia L. Fauver                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: PRatchfor            Page 1 of 1            Date Rcvd: Aug 20, 2018
                               Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db             +Patricia L. Fauver,    1552 Wayne Avenue,    York, PA 17403-1242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, f/k/a, the Bank of New
               York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2004-7
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 Patricia L. Fauver general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Matthew Christian Waldt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2004-7 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    The Bank of New York Mellon, f/k/a, the Bank of
               New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2004-7
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Nelson Diaz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-7
               ndiaz@milsteadlaw.com, bkecf@milsteadlaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    The Bank of New York Mellon, f/k/a, the Bank of New York,
               as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2004-7 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Patricia L. Fauver,       Chapter 13

**Debtor 1**

Case No.    1:13−bk−02232−RNO

Social Security No.:
     xxx−xx−8603

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 20, 2018      By the Court,

*[Signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk

**fnldec** (05/18)